**Landis Allen COWLES, Plaintiff–Appellant,**

**v.**

**G. HARRIS, Registered Nurse, Head Nurse; Doctor Kazlauskas, MD, Unit Physician; L. House, L.P.N., Defendants–Appellees.**

No. 06–7796.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 25, 2007.

Decided: Feb. 1, 2007.

Landis Allen Cowles, Appellant Pro Se.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Landis Allen Cowles appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cowles v. Harris,* No. 1:06–cv–00920–LMB (E.D.Va. filed Oct. 10, 2006, entered Oct. 11, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*